**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MICHAEL POWERS, | : | CASE NO.: 3:26-CV-00629 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BJ'S WHOLESALE CLUB, INC. ET AL | : | Date: April 23, 2026 |
| | : | |
| Defendant. | : | |

**NOTICE OF REMOVAL**

To the Judges of the United States District Court for the District of Connecticut, BJ'S Wholesale Club, Inc. and Natick Realty Inc. (hereinafter "the Defendants"), hereby file this Notice of Removal pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441, and 28 U.S.C. § 1446 and, in support thereof, respectfully states:

1.     On March 26, 2026, two copies of the Writ, Summons and Complaint were delivered by a marshal to Marissa Titus, who is authorized to accept service for CT Corporation System at 357 East Center St., Suite 2J, Manchester, Connecticut.  CT Corporation System is the duly authorized agent for Defendants. The Complaint for this matter was returned to the Superior Court for the Judicial District of Stamford on April 13, 2026, entitled *Michael Powers v. BJ's Wholesale Club, Inc*., bearing docket number FST-CV26-6080271-S returnable April 21, 2026 (the "State Action"), a copy of which, along with the Return of Service, is attached hereto as Exhibit A.

2.      There is one named plaintiff in the State Action, Michael Powers (the "Plaintiff"). In the Complaint, Plaintiff claims that on or about May 18, 2024, the Plaintiff sustained injuries arising out of an incident where Defendants' motorized cart malfunctioned and would not stop, forcing Plaintiff to use his body to prevent the cart from endangering other persons and/or property. The Complaint alleges that the Plaintiff suffered bodily injuries and damages, which were caused by Defendants' negligence.

3.      This action involves citizens of different states.  At all times relevant, the Plaintiff, Michael Powers, is a citizen of the state of Connecticut and resident of the town of Wilton.  (See Exhibit A, Summons).

4.      BJ's Wholesale Club, Inc., is a corporation with its principal place of business in Marlborough, Massachusetts. Natick Realty Inc. is a corporation with its principal place of business in Marlborough, Massachusetts.

5.      Attorney Michael Keller has filed a notice of appearance on behalf of the Defendants in the State Action, a copy of which is attached hereto as Exhibit B.

6.      Based on the allegations in the Plaintiff's Complaint, the amount in controversy in this action is in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.  Plaintiff claims physical injuries include a right shoulder SLAP tear; right foot injury; and severe shock to nervous system. (Ex. A, Complaint ¶ 6.)  Plaintiff also claims past/future treatment expenses and impairment of the ability to pursue and enjoy life's activities. (Ex. A, Complaint ¶¶ 7-8.)

2

7.      The State Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 because (1) Defendants BJ's Wholesale Club, Inc. and Natick Realty Inc. are corporations with principal places of business in Massachusetts which is wholly diverse from the citizenship of the Plaintiff; (2) Plaintiff is a resident of Connecticut, which is wholly diverse from the citizenship of Defendants, and (3) the amount in controversy, exclusive of interest and costs, exceeds Seventy-Five Thousand Dollars ($75,000.00).  Removal of this action to this Court is proper pursuant to 28 U.S.C. § 1441 *et seq*.

8.      Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed with this Court within thirty (30) days after receipt by the Defendant of the Summons and Complaint, as the Complaint was served on March 26, 2026, and this Notice of Removal is being filed within 30 days of the date that the Summons and Complaint were served.

9.      The Defendant has complied with the procedural requirements for removal as set forth in 28 U.S.C. § 1446.

10.      The Superior Court for the Judicial District of Stamford is located within the District of Connecticut, and, therefore, venue is proper pursuant to 28 U.S.C. § 86, because it is the "district and division embracing the place where such action is pending."  28 U.S.C. § 1441(a).

11.      A copy of the written notice required by 28 U.S.C. § 1446(d) is attached hereto as Exhibit C.

WHEREFORE, the Defendant respectfully removes this action from the Superior Court of Connecticut, Judicial District of Stamford, to this Court pursuant to 28 U.S.C. § 1332 and U.S.C. § 1441.

3

DEFENDANTS,
BJ'S WHOLESALE CLUB, INC.;
NATICK REALTY INC.

By:  /s/ *Michael R. Keller – ct29284*

Michael R. Keller
ct29284
mkeller@morrisonmahoney.com
Morrison Mahoney LLP
1000 Lafayette Boulevard, Suite 702
Bridgeport, CT 06604
Phone:    203-965-4900
Fax:        203-487-6395

4

## CERTIFICATION OF SERVICE

I hereby certify that on **April 23, 2026**, a copy of the foregoing document was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

**Undersigned counsel further certifies that, pursuant to the Court's Order, this document was filed electronically in OCR text-searchable PDF format, and for documents in excess of 25 pages, a paper copy was provided to chambers.**

Michael E. Skiber, Esq
Law Offices of Michael E. Skiber
152 East Avenue
Norwalk, CT 06851
attys@skiberlaw.com

By:  /s/ *Michael R. Keller – ct29284*

Michael R. Keller
ct29284
mkeller@morrisonmahoney.com
Morrison Mahoney LLP

5